# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Cheryl Lyn Rigsbee, :

        Plaintiff, : Case No. 3:09-cv-135

  - vs - : District Judge Thomas M. Rose
        Magistrate Judge Michael R. Merz

Warden Ohio Reformatory for Women, :

        Defendant. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition herein is DISMISSED with prejudice.

May 26, 2009. **\*S/THOMAS M. ROSE**

                                                                                Thomas M. Rose
                                                            United States District Judge